OCTOBER TERM, 1923.        597

265 U. S.   Cases Disposed of Without Consideration by the Court.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM APRIL 28, 1924, TO AND INCLUDING JUNE 9, 1924.

No. 985. UNITED STATES TO THE USE OF SUE P. GATES *v.* FRANK M. HARSHBERGER ET AL. Error to the District Court of the United States for the Western District of Washington. April 28, 1924. Docketed and dismissed, on motion of *Mr. Solicitor General Beck* for defendants in error. No appearance for plaintiff in error.

No. 838. WILLIAM F. QUESSE ET AL. *v.* PEOPLE OF THE STATE OF ILLINOIS. On petition for a writ of certiorari to the Supreme Court of the State of Illinois. April 28, 1924. Petition dismissed, on motion of *Mr. Willard M. McEwen* for petitioners. No appearance for respondent.

No. 278. MAGNUM IMPORT COMPANY, INC. *v.* FRANCOIS JOSEPH DE SPOTURNO COTY;

No. 279. MAX L. COHN, TRADING AS MACLEN IMPORT COMPANY, *v.* FRANCOIS JOSEPH DE SPOTURNO COTY;

No. 280. ARTHUR BAUM ET AL., TRADING AS BEAUTEX COMPANY, *v.* FRANCOIS JOSEPH DE SPOTURNO COTY; and

No. 281. MAGNUM IMPORT COMPANY *v.* HOUBIGANT, INC. On writs of certiorari to the Circuit Court of Appeals for the Second Circuit. May 1, 1924. Dismissed with costs, on motion of *Mr. Charles H. Tuttle* and *Mr. Wm. J. Hughes* for petitioners. *Mr. F. D. McKenney, Mr. Hugo Mock, Mr. Asher Blum, Mr. George S. Hornblower, Mr. Raoul E. Desvernine* and *Mr. Lindley M. Garrison* for respondents.